UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CERVANTES VALENZUELA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>V. TORRES, ET AL.,<br><br>　　　　　　　Defendant(s). | Case No. CV 19-7559-CJC (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that the (a) Eighth Amendment claim against defendant Villalobos and (b) Eighth Amendment claim against defendant Torres are dismissed with prejudice and without leave to amend.

///
///
///
///

The Court will issue a separate order regarding service of the sole remaining claim in the Second Amended Complaint alleging an Eighth Amendment excessive force claim against defendant Moisa in his individual capacity.

Dated: April 30, 2020

_____
HONORABLE CORMAC J. CARNEY
United States District Judge