JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CERVANTES VALENZUELA,<br><br>Plaintiff,<br><br>v.<br><br>V. TORRES, ET AL.,<br><br>Defendant(s). | Case No. CV 19-7559-CJC (KK)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: March 2, 2021

HONORABLE CORMAC J. CARNEY

United States District Judge