UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 19-7559-CJC (KK)** | Date: | September 2, 2022 |
|---|---|---|---|

Title:  ***Raul Cervantes Valenzuela v. V. Torres, et al.***

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DONNISHA BROWN | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Follow Court Orders**

# I.
# BACKGROUND

On August 29, 2019, Plaintiff constructively filed a Complaint pursuant to 42 U.S.C. § 1983 ("Section 1983") and the Americans with Disabilities Act ("ADA").  On September 27, 2019, the Court issued an Initial Civil Rights Case Order advising Plaintiff that "[a]s long as this action is pending, [P]laintiff must <u>immediately</u> notify the court (and the defendants or the defendants' attorneys) of any change in [P]laintiff's address and the effective date."  Dkt. 11 at 3 (emphasis in original).  Plaintiff was advised that if he "fails to keep the court informed of a correct mailing address, this case may be dismissed under Local Rule 41-6[.]"  Id.  Local Rule 41-6 provides:

> If mail directed by the Clerk to a <u>pro se</u> plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution.

L.R. 41-6.

On August 17, 2022, mail that was directed to Plaintiff's address of record on August 3, 2022 was returned undeliverable by the Postal Service with a notation that Plaintiff had been paroled on July 26, 2022.  Dkt. 115.

# II.